UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PAREDOX THERAPEUTICS, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>vs. )<br>)<br>**CHARLES RIVER LABORATORIES** )<br>**INTERNATIONAL, INC. and** )<br>**CHARLES RIVER LABORATORIES, INC.** )<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>) | Case No.: 20-CV-10464-IT |

## ASSENTED TO MOTION FOR ORDER OF
## REFERRAL TO MEDIATION

Pursuant to Local Rule 16.4(c)(2)(A) Plaintiff, Paredox Therapeutics, LLC moves with the agreement of Defendants via their counsel for an Order of Referral of this case to mediation by a Magistrate Judge or Senior District Judge per Local Rule 16.4(c)(2)(B).[1] [2]

---

[1] The parties agree that in-person mediation is preferable but defer to the Court's judgment on the most practical arrangement.

[2] While the parties dispute whether arbitration is required, Paredox agrees that it will not use Charles River Laboratories' participation in such a mediation in defense to any motion to compel arbitration by Charles River Laboratories that may be filed in the event that such mediation is not successful.

|  |  |
|---|---|
| April 24, 2020 | Respectfully submitted,<br><br>PAREDOX THERAPEUTICS, LLC,<br>Plaintiff<br><br>By its attorneys,<br><br>/s/ M. Lawrence Oliverio<br>Jason M. Bryan (BBO #655876)<br>M. Lawrence Oliverio (BBO#378755)<br>Polsinelli P.C.<br>One International Place, 39th Floor<br>Boston, MA 02110<br>(617) 406-0335<br>jbryan@polsinelli.com<br>loliverio@polsinelli.com<br><br>James F. Coffey (BBO#552620)<br>COFFEY & ASSOCIATES<br>One Boston Place, Suite 2600<br>Boston, MA 02108<br> (617) 645-0017<br>jcoffey@coffeyandassociates.com |

Assented To:

CHARLES RIVER LABORATORIES INTERNATIONAL, INC. and CHARLES RIVER LABORATORIES, INC., Defendants,

By its attorneys,

/s/ Adam Bookbinder
Adam J. Bookbinder (BBO No. 566590)
John A. Canale (BBO No. 687175)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
adam.bookbinder@hklaw.com
John.Canale@hklaw.com

Steven E. Jedlinski
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
312.715.5818
Steven.jedlinski@hklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served on even date herewith on counsel for Defendant by email by agreement with said Defendant's counsel.

Dated:   April 24, 2020          By: /s/ M. Lawrence Oliverio
                                      M. Lawrence Oliverio