UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAREDOX THERAPEUTICS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHARLES RIVER LABORATORIES INTERNATIONAL, INC.; and CHARLES RIVER LABORATORIES, LLC,<br><br>    *Defendants*. | Civil Action No. 1:20-cv-10464-IT |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES F. COFFEY**

Please withdraw the appearance of James F. Coffey as counsel for Plaintiff Paredox Therapeutics, LLC, in the above-captioned matter. Paredox Therapeutics, LLC will continue to be represented by David B. Hennes, Emily K. Smit, Peter M. Brody, and Scott S. Taylor of Ropes & Gray LLP.

    Respectfully submitted,

    PAREDOX THERAPEUTICS, LLC,
    Plaintiff,

    By its attorneys,

    */s/ James F. Coffey*
    James F. Coffey (BBO #552620)
    COFFEY & ASSOCIATES
    One Boston Place, Suite 2600
    Boston, MA 02108
    (617) 645-0017
    jcoffey@coffeyandassociates.com

Dated: March 12, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below the foregoing document was filed through the Court's ECF system, which will cause an electronic notice to be sent to counsel of record.

Dated: March 12, 2021                     /s/ *James F. Coffey*
                                                        James F. Coffey