**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PAREDOX THERAPEUTICS, LLC,

              Plaintiff,

   v.

CHARLES RIVER LABORATORIES
INTERNATIONAL, INC. and
CHARLES RIVER LABORATORIES, INC.,

          Defendants.

Case No. 1:20-cv-10464-IT

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN A. CANALE</u>

Please withdraw the appearance of John A. Canale of Holland & Knight LLP as counsel

for defendants Charles River Laboratories International, Inc., and Charles River Laboratories,

Inc. (collectively "CRL") in the above-captioned matter.  CRL will continue to be represented by

Joshua Krumholz, Steven Jedlinski and Chelsea Rogas of Holland & Knight LLP.


Respectfully submitted,

CHARLES RIVER LABORATORIES
INTERNATIONAL, INC. and CHARLES
RIVER LABORATORIES, INC.,

By its attorneys,

*/s/ John A. Canale*
Joshua C. Krumholz (BBO No. 552573)
John A. Canale (BBO No. 687175)
Chelsea W. Rogas (BBO No. 706560)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
joshua.krumholz@hklaw.com
john.canale@hklaw.com
chelsea.rogas@hklaw.com

Steven E. Jedlinski (*pro hac vice*)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
(312) 715-5818
steven.jedlinski@hklaw.com

Dated: August 25, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing pleading upon the attorneys of record for all parties by electronically filing the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

Dated: August 25, 2021             /s/ *John A. Canale*
                                   John A. Canale